**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Russell L. FORD, Defendant–Appellant.**

**No. 13–3456.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 7, 2014.

Filed: July 10, 2014.

Jane Francis, Law Office of Jane Francis, LLC, Gladstone, MO, for appellant.

Russell L. Ford, Texarkana, TX, pro se.

Patrick Carney, Asst. U.S. Atty., Springfield, MO, for appellee.

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Russell Ford pleaded guilty to one count of failing to register as a sex offender and was sentenced by the District Court[1] to eighteen months in prison. Ford then initiated a direct criminal appeal, and his counsel filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and moved to withdraw. Ford thereafter filed a pro se mo-

tion to dismiss his appeal. We now grant Ford's motion, and we dismiss this appeal. See Fed. R.App. P. 42(b). In addition, we grant counsel's motion to withdraw.

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.